UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SUSAN LOVE-GRAVES,

        Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant.

Case No. 14-cv-03202-BLF

**CASE MANAGEMENT ORDER**

On June 4, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Bench Trial | 12/21/2015, 01/05/2016, 01/08/2016 |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Parties are to meet and confer and file a
6   stipulation to one of the above offered trial dates.
7   IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulation to
8   one of the bench trial dates above.
9   IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a proposed
10  schedule regarding discovery dates to trial.

Dated: June 4, 2015

_____
BETH LABSON FREEMAN
United States District Judge